**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00251-CR

### JOSE ADAN RICO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-00619-Y

## ORDER

The Court **REINSTATES** the appeal.

On August 5, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel; (3) counsel requested preparation of the reporter's record on February 28, 2014; (4) court reporters Sharon Hazlewood, Andrea Reed, and Kelly Simmons transcribed hearings in the case; (5) court reporter Andrea Reed informed the court that she had sent volumes 3, 4, and 5 to Ms. Hazlewood on April 17, 2014, and would need to send volume 8, the exhibit volume separately due to its size; (6) Ms. Reed also reported that Ms. Hazlewood stated she wanted to submit the reporter's records; (7) Ms. Hazelwood also recorded proceeding and wanted to verify whether there are

additional volumes not in her possession; (8) Ms. Hazlewood reported having issues accessing e-mail attachments, including some of the reporter's records in this case; (9) Ms. Hazlewood stated she would contact Ms. Simmons to obtain her portions of the reporter's record; and (10) Ms. Hazlewood needs an additional thirty days from the September 2, 2014 hearing to file the complete reporter's record.

We **ORDER** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including all exhibits admitted into evidence, by **OCTOBER 10, 2014**. We note the reporter's record was originally due April 22, 2014, the Court sent Ms. Hazlewood notice on April 23, 2014 that the record was overdue, and Ms. Hazlewood never corresponded with the Court regarding the status of the record. Accordingly, if the complete reporter's record is not filed by the date specified, we will order that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; court reporters Andrea Reed and Kelly Simmons; and to counsel for all parties.


/s/    DAVID EVANS
        JUSTICE